651 A.2d 1096

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Mark J. MARETELLA, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 28, 1994.

## *ORDER*

PER CURIAM:

The Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and the order of the Court of Common Pleas of Allegheny County sustaining Petitioner's appeal of his license suspension is hereby reinstated.

212

Petitioner's application for a stay of his license suspension ancillary to appeal is DENIED.

MONTEMURO, J., is sitting by designation.